## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI FATEH,<br><br>                Petitioner,<br><br>    v.<br><br>CLARK DUCART,<br><br>                Respondent. | Case No. LA CV 14-06830 VBF(JC)<br><br>JUDGMENT |

Consistent with this Court's contemporaneously issued Order overruling petitioner's objections, adopting the Report and Recommendation of the United States Magistrate Judge, and Dismissing the Habeas Corpus Petition With Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Ali Fateh.**

DATED:  November 2, 2015

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge